Rich Michaelson Magaliff, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Chapter 7 |
| TOWN MASONRY CORP. and | Case Nos. 12-22304 (RDD) |
| NEW TOWN CORP., | 12-22305 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, as Chapter 7 Trustee of Town Masonry Corp. and New Town Corp., | |
| Plaintiff, | Adv. Pro. No. 18-08253 |
| – against – | |
| TURNER CONSTRUCTION COMPANY, | |
| Defendant. | |

---------------------------------------------------------------x

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that Howard P. Magaliff, the Chapter 7 Trustee and plaintiff, by his attorneys, dismisses the complaint in this adversary proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Fed. R. Bankr. P. 7041.

Dated: New York, New York
      May 1, 2018

RICH MICHAELSON MAGALIFF, LLP
Counsel for the Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

{00020147v1 }